824

*Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent. ▮

No. 166. JOHNSON ET AL. *v.* SMITH, COUNTY TREASURER, ET AL. Supreme Court of New York, Albany County. Certiorari denied. *Harold J. Hinman* for petitioners. *Neile F. Towner* and *Robert E. Whalen* for Smith, County Treasurer; and *Jack Goodman* for Sandler et al., respondents. ▮

No. 167. RAILWAY EXPRESS AGENCY, INC. *v.* MALLORY. C. A. 5th Cir. Certiorari denied. *James L. Byrd, Harry S. Marx* and *Chas. C. Evans* for petitioner. *Charles F. Engle* for respondent. ▮

No. 169. THOMPSON, TRUSTEE, *v.* CAMP, ADMINISTRATRIX. C. A. 6th Cir. Certiorari denied. *Edward P. Russell* for petitioner. *Walter P. Armstrong* and *R. G. Draper* for respondent. ▮

No. 171. REINOLD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Martin A. Schenck* and *Frederick R. Graves* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for the United States. ▮

No. 172. SPAGNUOLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry K. Chapman* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States. ▮

No. 173. DEWATERS *v.* MACKLIN COMPANY. C. A. 6th Cir. Certiorari denied. *Jack N. Tucker* and *Morton*